## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 8:21-CV-00885-WFJ-AAS

Plaintiff:
**HILDA MENDOZA**

vs.

Defendant:
**ACEVEDO TOLENTINO INVESTMENTS, LLC d/b/a THE LATIN SPOT CAFE & MARKET**


2021003249

For:
Christopher J. Saba
Wenzel Fenton Cabassa, P.A.
1110 N. Florida Ave.
Suite 300
Tampa, FL 33602

Received by MercuryServe, Inc. on the 16th day of April, 2021 at 12:54 pm to be served on **Acevedo Tolentino Investments, LLC d/b/a The Latin Spot Cafe & Market c/o Marco A. Acevedo, Registered Agent, 19017 N. US Highway 41, Lutz, FL 33549**.

I, Rebekah Torres, do hereby affirm that on the **22nd day of April, 2021** at **11:25 am, I:**

Served the within named corporation by delivering a true copy of the **Summons In A Civil Action and Complaint And Demand For Jury Trial, Final Demand Letter dated 4/16/21, with Obligations, Civil Cover Sheet, and Notices of Electronic Filing** with the date and hour of service endorsed thereon by me to Vicky Tolentino as Wife & co-resident of co-owner who is designated to accept service for the within named corporation, and informing said person of the contents thereof, in compliance with State Statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Additional Information pertaining to this Service:**
4/22/2021  2:31 pm  Attempted service at 19017 N. US Highway 41, Lutz, FL  33549, Vicky Tolentino/wife/co-owner

I certify that I am over the age of 18 and have no interest in the above action.  Pursuant to Florida Statute 92.525, and under penalties of perjury, I declare that I have read the foregoing Return of Service, and that the facts stated in it are true.

**Rebekah Torres**
CPS 18-760308

**MercuryServe, Inc.**
**412 E Madison Street**
**Suite 815**
**Tampa, FL 33602**
**(813) 223-5400**

Our Job Serial Number: MSI-2021003249

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2a