UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HILDA MENDOZA,

    Plaintiff,

v.                                                     Case No: 8:21-cv-885-WFJ-AAS

ACEVEDO TOLENTINO
INVESTMENTS, LLC,

    Defendant.
_____

## ENTRY OF DEFAULT

    Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **ACEVEDO TOLENTINO INVESTMENTS, LLC** in Tampa, Florida on the 21st day of May, 2021.

                                                    ELIZABETH M. WARREN, CLERK

                                                      s/B. Sohn, Deputy Clerk

Copies furnished to:

Counsel of Record