## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

HILDA MENDOZA,

      Plaintiff,

v.                                                    Case No: 8:21-cv-885-WFJ-AAS

ACEVEDO TOLENTINO
INVESTMENTS, LLC,

      Defendant.

_____/

## ORDER

**UPON DUE AND CAREFUL CONSIDERATION** of the parties'

submissions as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d

1350 (11th Cir. 1982), it is **ORDERED AND ADJUDGED** that the Joint Motion

for Court Approval of Settlement and to dismiss the case with prejudice (Dkt. 19)

is granted. The Court specifically approves the parties' settlement agreement

attached to the motion as Exhibit A. The case is dismissed with prejudice. The

Clerk is directed to close this case.

      **DONE** and **ORDERED** in Tampa, Florida on August 6, 2021.

                           s/*William F. Jung*
                           **WILLIAM F. JUNG**
                           **UNITED STATES DISTRICT JUDGE**

**Copies furnished to**:
Counsel of Record